IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRAL McMILLAN, | 1:10-cv-02171-SMS (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS |
| vs. | OR PAY FILING FEE WITHIN 45 DAYS |
| K. IKELER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 22, 2010. Plaintiff filed a motion seeking leave to proceed in forma pauperis, but the application form he submitted does not contain the requisite authorization for the deduction of the filing fee from his trust account as funds become available. 28 U.S.C. § 1915(b).

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, Plaintiff shall sign and file the attached application to proceed in forma pauperis or, in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   November 24, 2010            /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE

-1-